UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP GIBSON | CIVIL ACTION |
| versus | NO. 12-2632 |
| ORLEANS PARISH SHERIFF | SECTION: "H" (3) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation (Doc. 42), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's Objection to the Report and Recommendations, Rec. Doc. 42, is **DENIED**.

**IT IS ORDERED** that petitioner's "Invocation Demand for Immediate Release and Request for Preliminary Injunction with Temporary Restraining Order," Rec. Doc. 17, is **DENIED**.

New Orleans, Louisiana, this 15th day of March, 2013.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE